In the Matter of Cheryl Veronica DOE.

(377 S. E. (2d) 588)

Supreme Court

March 23, 1989.

## ORDER

Cheryl Veronica Doe is an attorney licensed to practice law in South Carolina. Pursuant to a petition which was previously filed under paragraph 19 of the Rule on Disciplinary Procedure, Respondent was transferred to disability inactive status by this Court.

IT IS ORDERED that Respondent, Cheryl Veronica Doe, shall remain on Disability Inactive Status until further Petition of Respondent and until further Order of this Court.